IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

MICHAEL MUEHL,

                             Plaintiff,                             ORDER

                         v.                                      09-cv-83-bbc

TODD CALLISTER,
GARY ANKARLO, and
MICHAEL THURMER,

                             Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

      In an order dated February 19, 2009, I severed plaintiff's complaint into three separate cases.  This case concerns plaintiff's allegations that defendant Todd Callister refused to take plaintiff off a medication for Attention Deficit Disorder that caused him to have hallucinations, that Callister stopped all prescriptions for his ADD after he filed a grievance about this and that defendants Gary Ankarlo and Michael Thurmer refused to intervene to insure that petitioner received appropriate medication.  Also in the February 19, 2009 order, I denied plaintiff's motions for preliminary injunctive relief without prejudice because they did not comply with this court's procedures for obtaining a preliminary injunction.  Now plaintiff has submitted a declaration and brief in support of his previous motions for

1

preliminary injunctive relief.  It appears that plaintiff mailed these documents before receiving the court's February 19, 2009 order, because on his new submissions he leaves a blank space where the case number should be (consistent with the fact that a case number was not assigned until the February 19 order), and because the documents do not comply with this court's procedures for obtaining a preliminary injunction.  Therefore, to the extent his new submissions constitute a renewal of his motions for preliminary injunctive relief, I will deny that motion because his declaration and brief do not comply with this court's procedures for obtaining a preliminary injunction.  Plaintiff should ensure that any future motions for preliminary injunctive relief comply with this court's procedure.  In particular, he should include proposed findings of fact that cite to evidence submitted in support of the motion.


ORDER

IT IS ORDERED that plaintiff's renewed motion for preliminary injunctive relief is DENIED.

Entered this 26th day of February, 2009.

BY THE COURT:

/s/

_____
BARBARA B. CRABB
District Judge

2