IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

MICHAEL MUEHL,

                Plaintiff,                             ORDER

                v.                                     09-cv-83-bbc

MICHAEL THURMER, Warden and
TODD CALLISTER, Psychiatrist;

                Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

On March 13, 2009, I denied plaintiff's motions for leave to amend his complaint and for a preliminary injunction and dismissed the complaint as to defendant Gary Ankarlo. That same day defendants filed a motion for screening plaintiff's proposed amended complaint and an enlargement of time to respond to the amended complaint. Because I have screened plaintiff's amended complaint and denied his motion for leave to file it, I will deny defendants' motion as moot.

ORDER

IT IS ORDERED that defendants' motion for screening of the proposed amended

1

complaint and enlargement of time to respond to the amended complaint is DENIED as moot.

Entered this 16th day of March, 2009.

BY THE COURT:

/s/

_____
BARBARA B. CRABB
District Judge

2