# UNITED STATES DISTRICT COURT
## Western District of Wisconsin

MICHAEL MUEHL,

       Plaintiff,

   v.

MICHAEL THURMER, Warden;
and TODD CALLISTER, Psychiatrist,

       Defendants.

**JUDGMENT IN A CIVIL CASE**

Case No.: 09-cv-083-bbc

This action came for consideration before the court with U. S. District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

## IT IS ORDERED AND ADJUDGED

This case is dismissed against defendants without prejudice.

PETER OPPENEER
Peter Oppeneer, Clerk

/s/ M. Hardin
by Deputy Clerk

_____6/10/09_____
Date